IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 PM 2:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

NATHANIEL WADE, JR.,

    Plaintiff,

v.                                                                  No. 05-2030 B

NATIONAL SAFETY ASSOCIATES, INC.,

    Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR JURY TRIAL

---

Pending in this matter is the February 10, 2005 motion of the Plaintiff, Nathaniel Wade, Jr., for a jury trial. On April 11, 2005, this Court ordered that a copy of the motion be served on the Defendant, National Safety Associates, Inc. According to the docket, no response to the jury request has been filed by the Defendant, even though the time for such response has long expired. Moreover, the Court noted in its scheduling order entered August 23, 2005 that this case was set for a trial by jury. The Defendant has yet to make any objection to the information contained in the order. Consequently, as the Court assumes there is no objection thereto, the motion for jury trial is GRANTED and the Clerk is directed to remove the February 10, 2005 motion from pending status.

IT IS SO ORDERED this 25 day of August, 2005.

                     J. DANIEL BREEN
                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02030 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT